435 A.2d 177

In re ESTATE OF Lena WDOVIN.

Appeal of Paul W. DOVIN.

Supreme Court of Pennsylvania.

Argued Sept. 14, 1981.

Decided Oct. 8, 1981.

James J. Marlowe, II, Crawford & Butler, West Chester, for appellant.

Leo M. Stepanian, Butler, for appellee.

OPINION OF THE COURT

PER CURIAM:

The Decree of the Court of Common Pleas of Butler County is affirmed.